UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEILUXE LLC,  )
 )
 )  **JUDGMENT IN A CIVIL CASE**
　　　　Appellant.  )　　**CASE NO. 5:24-CV-577-D**
 )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS the motion to strike or dismiss the appeal [D.E. 3], STRIKES the notice of appeal [D.E. 1], and DISMISSES the appeal.

This Judgment filed and entered on November 14, 2024, and copies to:
LeiLuxe LLC　(via US Mail to 131 Wind Chime Court, Suite 1003, Raleigh, NC  27615)

November 14, 2024　　　　　　　　　　　　　　Peter A. Moore, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　　By: /s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk